# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

128946

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEVIN DITMORE and MELANIE DITMORE,
      Plaintiffs-Appellees,

v

                                SC: 128946
                                COA: 251572

LESLY W. LOCHNER, a/k/a LESLY W.
RACINE,
                                Washtenaw CC: 00-000343-CK
      Defendant/Third-Party Plaintiff-
      Appellant,

v

LARRY MICHALIK, BECKY MICHALIK,
RON HIVELEY, GLENA HIVELEY, RAY
A. BUSIK, PHYLLIS J. BUSIK, DALE
HERRING, LUCINDA HERRING, and FLOYD
D. CAMPBELL,
      Third-Party Defendants,

and

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
      Third-Party Defendant/Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

p0221

Clerk